## Braswell v Mall 1-Bay Plaza, LLC

2024 NY Slip Op 30552(U)

February 21, 2024

Supreme Court, New York County

Docket Number: Index No. 160650/2013

Judge: Debra A. James

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:     **HON. DEBRA A. JAMES**

PART     59

*Justice*

----------------------------------------------------------------------------X

DEBORAH MARIE BRASWELL, AS ADMINISTRATRIX of the Estate of BILLY BRASWELL, Jr., Deceased,

Plaintiff,

- v -

MALL 1-BAY PLAZA, LLC,PRESTIGE PROPERTIES & DEVELOPMENT CO. INC., and AURORA CONTRACTORS, INC.,

Defendants.

----------------------------------------------------------------------------X

PRESTIGE PROPERTIES & DEVELOPMENT CO. INC., and AURORA CONTRACTORS, INC.

Third-Party Plaintiffs,

-against-

JC STEEL CORP.

Third-Party Defendant.

----------------------------------------------------------------------------X

MALL 1-BAY PLAZA, LLC, PRESTIGE PROPERTIES & DEVELOPMENT CO. INC., and AURORA CONTRACTORS, INC.,

Second Third-Party Plaintiffs,

-against-

CIVES CORPORATION D/B/A CIVES STEEL COMPANY NORTHERN DIVISION,

Second Third-Party Defendant.

----------------------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 160650/2013 |
| MOTION DATE | 11/01/2023 |
| MOTION SEQ. NO. | 012 |

**DECISION + ORDER ON MOTION**

Third-Party
Index No. 595318/2014

Second Third-Party
Index No. 595566/2016

**160650/2013   BRASWELL, JR., BILLY vs. PRESTIGE PROPERTIES &**
**Motion No.  012**

Page 1 of 4

AURORA CONTRACTORS, INC.,

Third Third-Party
Index No. 595201/2020

Third Third-Party
Plaintiff,

-against-

CONSTRUCTION REALTY SAFETY GROUP, INC.,

Third Third-Party
Defendant.

--------------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 012) 415, 416, 417, 418, 419, 420, 421, 422, 423

were read on this motion to/for          APPROVE/SETTLE ACCOUNTING          .

ORDER

Upon the foregoing documents, it is

ORDERED that the motion of the plaintiff DEBORAH MARIE BRASWELL, as Administratrix of the Estate of Billy Braswell, Jr., Deceased, for an order authorizing such plaintiff to settle this action is GRANTED, without opposition; and it is further

ORDERED that the plaintiff DEBROAH MARIE BRASWELL, as Administratrix of the Estate of Billy Braswell, Jr., Deceased, is authorized to settle the personal injury action and to execute all closing papers and any other documents or instruments necessary to effectuate the settlement in the amount of $2,005,000.00; and it is further

ORDERED that defendants MALL 1-BAY PLAZA, LLC, PRESTIGE PROPERTIES & DEVELOPMENT CO. INC., AURORA CONTRACTORS, INC., JC STEEL CORP., CIVES CORPORATION d/b/a CIVES STEEL COMPANY NORTHERN

160650/2013   BRASWELL, JR., BILLY vs. PRESTIGE PROPERTIES &          Page 2 of 4
Motion No.  012

2 of 4

[* 2]

DIVISION and CONSTRUCTION REALTY SAFETY GROUP, INC. shall pay THIRTY-THREE AND ONE-THIRD PERCENT (33-1/3%) of the total settlement, plus legal disbursements, directly to SACKS AND SACKS, LLP, attorneys for the plaintiff, which percentage is set forth in the statement of retainer filed by SACKS AND SACKS, LLP, with the Office of Court Administration of the State of New York, in accordance with 22 NYCRR 603.25(a), as such law firm's entire compensation for legal services rendered to date in connection with the prosecution of the personal injury action; and it is further

ORDERED that the defendants above shall pay directly to SACKS AND SACKS, LLP, attorneys for the plaintiff, the sum required for the purpose of remitting to NEW HAMPSHIRE INSURANCE COMPANY payment in full satisfaction of the outstanding Worker's Compensation lien of such insurance carrier in accordance with such carrier's consent letter dated March 27, 2023; and it is further

ORDERED that the defendants shall pay directly to SACKS AND SACKS, LLP, attorneys for the plaintiff, the sum required for the purpose of remitting to ANCHOR FUNDINGS, payment in full satisfaction of the outstanding lien of such funding company in accordance with their letter dated August 24, 2023; and it is further

**160650/2013   BRASWELL, JR., BILLY vs. PRESTIGE PROPERTIES &**
  **Motion No.  012**

**Page 3 of 4**

3 of 4

ORDERED that pursuant to CPLR §5003-a, the defendants shall pay the balance of the settlement proceeds, which is the portion of the settlement proceeds due to the estate, to the order of DEBORAH MARIE BRASWELL and SACKS AND SACKS, LLP, as attorneys for the plaintiff, directly to SACKS AND SACKS, LLP, attorneys for the plaintiff; and it is further

ORDERED that SACKS AND SACKS, LLP, shall file with the Office of Court Administration and serve upon plaintiff a Closing Statement in accordance with 22 NYCRR § 603.25(b).

<u>DECISION</u>

<u>See</u> EPTL § 11-1.1(b)(13):

> (b) in the absence of contrary or limiting provisions in the court order or decree appointing a fiduciary, or in a subsequent order or decree. . ., every fiduciary is authorized

\* \* \*

> (13) To contest, compromise or otherwise settle any claim in favor of the estate, trust or fiduciary or in favor of third persons and against the estate, trust or fiduciary.

*[signature]*
20240221134648DJAMES538422BB500C4810BB810C6EE6D40848

__2/21/2024__
__DATE__                                                        __DEBRA A. JAMES, J.S.C.__

| CHECK ONE: | | | | | |
|---|---|---|---|---|---|
| | X | CASE DISPOSED | | NON-FINAL DISPOSITION | |
| | X | GRANTED | ☐ DENIED | GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ | SETTLE ORDER | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | ☐ REFERENCE |

__160650/2013   BRASWELL, JR., BILLY vs. PRESTIGE PROPERTIES &__                        __Page 4 of 4__
__Motion No.  012__

[* 4]                                                4 of 4